# EXHIBIT C

AUGUST 11TH
ME
eg08mcpvp • 1 week ago
I have hard.
tintcold
AUGUST 14TH

1:27
0:00
Replacing sonic titles with the N word Pt1

10:44
5G
Done
17 of 1,017
1:28






Found this on discord btw

WWW.NIGGERMANIA.COM
1
1
NIGGERBUCK
REDEEMABLE FOR:
LIQUOR:
THIS IS NOT A
WELFARE DOLLAR
OR FOOD STAMP
KFC:
BIG BOOTY
HOS:
1
1
AND MO'
ONE NIGGER DOLLA